Joseph Yocus, as Administrator de Bonis Non, etc., of Nikodemas Petkevius,

Deceased, Respondent, v. SOUTHERN PACIFIC COMPANY, Appellant.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.